UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

SPENCER JOHN PAYNE,

        Plaintiff,

v.

MICHEALA SPIESSL et al.,

        Defendants.
_____/

Case No. 2:24-cv-143

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  October 15, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge